IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY BROWNLOW,

     Petitioner,                  No. CIV S-06-2549 WBS EFB P

    vs.

DEPUTY COMMISSIONER PEREZ,

     Respondent.               ORDER

_____/

     Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed *in forma pauperis*.

     The application attacks the denial of parole. While both this Court and the United States District Court in the district where petitioner was convicted have jurisdiction, *see Braden v. 30th Judicial Circuit Court*, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Los Angeles County. *Id*. at 499 n.15; 28 U.S.C. § 2241(d).

     Accordingly, pursuant to 28 U.S.C. § 1404(a), IT IS HEREBY ORDERED that:

     1. This petition is transferred to the United States District Court for the Central District of California; and

////

1  2.  Petitioner's application to proceed *in forma pauperis* is deferred for consideration by
2 the Central District of California.
3 DATED:  December 19, 2006.

                    EDMUND F. BRENNAN
                    UNITED STATES MAGISTRATE JUDGE